IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RFCYBER CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC and GOOGLE PAYMENT CORP., <br><br> Defendants. | § § § § § § § § § § § | Case No. 2:20-cv-00274-JRG <br> **(LEAD CASE)** <br><br> **JURY TRIAL DEMANDED** |
| RFCYBER CORP., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD and SAMSUNG ELECTRONICS AMERICA, INC, <br><br> Defendants. | § § § § § § § § § § § § | Case No. 2:20-cv-00335-JRG <br> **(MEMBER CASE)** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Plaintiff RFCyber Corp. hereby notifies the Court that it has complied with the Court's Order (Dkt. 45) by serving its Initial and Additional Disclosures upon opposing counsel via email on June 2, 2001.

1

Respectfully submitted,

Dated: June 2, 2021

By: */s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF
RFCYBER CORP.***

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF.

*/s/ Vincent J. Rubino, III*
By:   Vincent J. Rubino, III
