IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RFCyber CORP. | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-cv274 [JRG] |
| GOOGLE LLC and GOOGLE PAYMENT CORP. | § § § | JURY TRIAL DEMANDED (LEAD CASE) |

| | | |
|---|---|---|
| RFCyber CORP. | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-cv335 [JRG] |
| SAMSUNG ELECTRONICS CO., LTD. And SAMSUNG ELECTRONICS AMERICA, INC. | § § § § § | |

## NOTICE OF COMPLIANCE

Defendants Google LLC and Google Payment Corporation hereby notify the Court that they have complied with the Court's Order (Dkt. 45) by serving their Initial and Additional Disclosures on opposing counsel by email on June 2, 2021.

Dated: June 3, 2021

Respectfully submitted,

By: /s/ Michael E. Jones
Michael E. Jones
Texas Bar No. 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 993-0846
mikejones@potterminton.com

1

OF COUNSEL:

Zachary M. Briers
Heather E. Takahashi
Vincent Y. Ling
Robin S. Gray
Mica L. Moore
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
zachary.briers@mto.com
heather.takahashi@mto.com
vinny.ling@mto.com
mica.moore@mto.com
robin.gray@mto.com

**ATTORNEYS FOR DEFENDANTS GOOGLE LLC AND GOOGLE PAYMENT CORP.**