# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RFCYBER CORP., § § v. § § GOOGLE LLC, GOOGLE PAYMENT § CORP. § § _____ § § RFCYBER CORP., § § v. § § SAMSUNG ELECTRONICS CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC. § | CASE NO. 2:20-CV-274-JRG [LEAD CASE] CASE NO. 2:20-CV-335-JRG [MEMBER CASE] |

## ORDER

Before the Court are the following motions: (1) Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s (collectively, "Samsung") Unopposed Motion for Oral Hearing (Dkt. No. 153); and (2) Defendants' Motion to Stay Pending Resolution of Defendants' Motion to Dismiss for Lack of Constitutional Standing as to U.S. Patent Nos. 9,189,787, 9, 240, 009 and 10,600,046 (Dkt. No. 249) (collectively, the "Motions"). In the Motions, Samsung requests a hearing and to stay the case pending resolution of Defendants' Motion to Dismiss for Lack of Constitutional Standing as to U.S. Patent Nos. 9,189,787, 9,240, 009 and 10,600,046 (the "Motion to Dismiss") (Dkt. No. 81). The Court has since issued an order denying Defendants' Motion to Dismiss. (*See* Dkt. No. 259).

Accordingly, the Motions (Dkt. Nos. 153, 249) are **DENIED AS MOOT**.

2

**So ORDERED and SIGNED this 10th day of February, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE